**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                       :
                                                :
                                Government,     :        26 MJ 1365 (RMB)
                                                :
          - against -                           :        **<u>ORDER</u>**
                                                :
                                                :
USA v. DIABY,                                   :
                                                :
                                Defendant.      :
-------------------------------------------------------------x


          The bail review hearing scheduled for April 28, 2026 at 9:00 A.M. will take place in

Courtroom 17B.


Dated: April 24, 2026
          New York, NY


                                        _____
                                              **RICHARD M. BERMAN**
                                              **U.S.D.J.**